Eliot R. Samulon, SBN: 67401
**POTTER, COHEN & SAMULON**
3852 E. Colorado Blvd.
Pasadena, CA  91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
EMail:  esamulon@pottercohenlaw.cpm

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER P. DOYLE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner Of Social Security,<br><br>　　Defendant. | **Case No.  CV 13-05981 PJW**<br><br>**ORDER ON STIPULATION FOR AWARD OF EAJA FEES** |

　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

　　IT IS ORDERED that EAJA fees are awarded in the amount of SEVEN THOUSAND DOLLARS AND NO CENTS ($7,000.00) subject to the terms of the stipulation.

Date:  March 26, 2015　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE PATRICK J. WALSH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-